MICHAEL MARTIN, Respondent, *v.* SECURITY INSURANCE COMPANY, Appellant.

*Martin v. Security Ins. Co.*, 178 App. Div. 949, affirmed.
(Submitted April 11, 1919; decided April 29, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 10, 1917, affirming a judgment in favor of plaintiff entered upon a verdict in an action upon a policy of fire insurance. The complaint alleged the issuance of the policy of insurance, the occurrence of the fire, and the loss of property, and also alleged that the defendant waived provisions of the policy having reference to the insurance of a building on leased land and of personal property owned conditionally, and to the furnishing of sworn proofs of loss within sixty days after the occurrence of the fire. The answer of the defendant admitted the issuance of the policy of insurance and the occurrence of the fire, but denied the waiver of any provision of the policy or of any requirement on the part of the plaintiff and set up as an affirmative defense the absence of compliance with the provisions of the policy in the respects

above mentioned and also the giving of an assignment of the proceeds of said policy by the plaintiff to the Clark Music Company of Syracuse, N. Y., a corporation not a party to the action.

*Emmett E. B. McDonald* for appellant.

*Thomas J. McNamara* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.